# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 4:15-cr-040-1 |
| Porfirio Ruiz Jimenez, a/k/a Pilos, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant made his initial appearance in the above-entitled action on March 30, 2015. At the outset of the hearing, defendant advised the court that he had retained attorney Nicole Foster. Given Attorney Foster's unavailability, the court appointed attorney Ryan Sandberg to represent defendant on an interim basis.

Ms. Foster has since contacted the court to confirm that she has been retained by defendant. Accordingly, the court **GRANTS** Mr. Sandberg leave to withdraw. Attorney Nicole Foster shall be substituted as counsel for defendant and is requested to file a Notice of Appearance in this case as soon as possible.

**IT IS SO ORDERED.**

Dated this 1st day of April, 2015.

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge