# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Porfirio Ruiz-Jimenez, a/k/a Pilos, | ) | Case No. 4:15-cr-040-1 |
| | ) | |
| Defendant. | ) | |

Defendant is advised that his attorney, Nicole Foster, has been suspended from practicing law in this district pending further order of the court. See In re Nicole E. Foster, Case No. 1:15-mj-005 (D.N.D. May 12, 2015). Consequently, if defendant wants to be represented by an attorney, he must either retain a new attorney or make a request for court-appointed counsel. If defendant is going to retain new counsel, he should do so promptly. Should defendant want court appointed counsel, he should complete and return the attached financial affidavit. The court shall appoint attorney Ryan Sandberg for the limited purpose of conveying the court's instructions to defendant.

**IT IS SO ORDERED.**

Dated this 14th day of May, 2015.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court