**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Porfirio Ruiz Jimenez, a/k/a Pilos, | ) | Case No. 4:15-cr-040 |
| | ) | |
| Defendant. | ) | |

On May 14, 2015, the court entered an order: (1) advising defendant that his retained counsel had been suspended from practicing law in this district; (2) directing defendant to either retain new counsel or submit a request for court-appointed counsel should he want representation; and (3) appointing attorney Ryan Sandberg for the limited purpose of conveying its instructions to defendant.

On June 1, 2015, defendant submitted a financial affidavit for the court's consideration. Finding that defendant qualifies for representation under 18 U.S.C. § 3006A, the court shall appoint attorney Ryan Sandberg to represent defendant in this matter. Accordingly, attorney Ryan Sandberg shall be substituted as counsel of record for defendant. Attorney Nicole Foster is **GRANTED** leave to withdraw.

**IT IS SO ORDERED.**

Dated this 1st day of June, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court